**Notice of Removal**

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARGARET TUCKER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:21-cv-387 |
| ) | |
| ILLINOIS CENTRAL RAILROAD CO.; ) | |
| ILLIANA CENTRAL RAILROAD; and ) | |
| CANADIAN NATIONAL RAILWAY, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF JOHN FURLAN

I, John Furlan declare under penalty of perjury that the following is true and correct based upon my personal knowledge:

1. I am an attorney licensed by and practicing in Illinois. The facts stated in this declaration are based upon my personal knowledge and review of pertinent corporate records.

2. I currently serve as in-house counsel for the United States operating railroad subsidiaries of Canadian National Railway Company ("CNR"), including Illinois Central Railroad Company ("ICRR"). I have served in this position since October 2008. My duties include overseeing maintenance of the corporate records of ICRR. I am familiar with those records and the corporate structure of ICRR and CNR.

3. CNR is a Canadian corporation with its principal place of business in Montreal, Quebec, Canada.

4. ICRR is an Illinois corporaton with its principal place of business in Homewood, Illinois.

5. I am not familiar with any railroad or company named "Illiana Central Railroad".

6. "Illiana Central Railroad" is not a subsidiary or affiliate of CNR or ICRR.

2

Pursuant to 28 U.S.C. 1746(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 16, 2021         By: _John Furlan_